

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,103 & AP-76,104

### EX PARTE SCOTT ALAN GRANNEMANN, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NOS. F05-72106-T AND F05-72134-T
## IN THE 283rd DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

## OPINION

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). After a jury convicted Applicant of two sexual assaults he reached a punishment agreement with the State for two concurrent 15 year sentences. He waived appeal as part of the punishment agreement.

Applicant contends that his pleas were involuntary because the punishment agreement was based on misinformation that the trial court could order the sentences to run consecutively. The trial court and State agree that Applicant is entitled to relief, and the trial court recommends that relief

be granted.

Relief is granted. The judgments in Cause Numbers F05-72106-T and F05-72134-T in the 283rd Judicial District Court of County are set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County so that new punishment proceedings may be conducted.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 25, 2009
Do Not Publish